## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT COURT OF ARKANSAS
## WESTERN DIVISION

PERCY SMITH                                                                                           PLAINTIFF

v.                                         NO. 4:09CV00463 JLH

UNION PACIFIC RAILROAD COMPANY, and
BROTHERHOOD OF MAINTENANCE
OF WAY EMPLOYEES MISSOURI
PACIFIC SYSTEMS FEDERATED                                                        DEFENDANTS

## ORDER

Pending is the Joint Motion to Extend Discovery and Motions Deadlines (Doc. No. 11). For good cause shown and in the interest of justice, the Court grants the motion. The discovery deadline to conduct depositions has been extended up to and including May 25, 2010; and the dispositive motion deadline has been extended up to and including June 7, 2010.

IT IS SO ORDERED this 19th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE